1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY GEIS (CASBN 181444)
   Assistant U.S. Attorney
5
       450 Golden Gate Ave (11th Floor)
6      San Francisco, CA 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234

8  Attorneys for the United States

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. |
| Plaintiff, ) | 3-07 70331 |
| v. ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| TAI WAI DAVID CHU, DAKON ) INTERNATIONAL, HENRY C.D. ) YIP, T.P. COMPANY, ) | |
| Defendants. ) | |

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on June 7, 2007, the above-named defendants were arrested based upon arrest

warrants (copies attached) issued upon

   X  Indictment

   ☐  Information

   ☐  Criminal Complaint

   ☐  Other

pending in the Central District of California, Case Number CR 07-00449.

Defendants are charged with conspiracy, in violation of Title 18, United States Code, Section 371.

Brief Description of Charges: The Defendants are alleged to have engaged in a conspiracy to violate 16 U.S.C. §§ 3372(d) & 3373(d)(3)(A) (relating to false identification of Vietnamese catfish); 18 U.S.C. § 542 (false statements in a declaration); 18 U.S.C. § 545 (importation of merchandise contrary to law); 18 U.S.C. § 541 (effecting an entry of goods by payment of less than the amount of duty legally due); and 21 U.S.C. §§ 331(a), (c) & 333(a)(2) (relating to introduction into interstate commerce of misbranded and adulterated Vietnamese catfish).

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: _____ 6/7/07 _____

STACEY P. GEIS
Assistant U.S. Attorney

2